**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN W. DELANEY, III,** | : No. 3:14cv2365 |
| **Plaintiff** | : |
| | :(Judge Munley) |
| **v.** | : |
| **AMERICAN ALTERNATIVE INSURANCE CORPORATION Individually and t/a and d/b/a AMERICAN ALTERNATIVE INSURANCE COMPANY a/k/a AAIC,** | : |
| **Defendants** | : |

## ORDER

**AND NOW**, to wit, this 26th day of February 2015, the plaintiff's motion for a stay (Doc. 3) is hereby **GRANTED**.  The plaintiff is directed to inform the court as to whether the case should be re-opened within fourteen (14) days of the resolution of the state court cause of action against Turkey Hill Convenience Store and its owners.  The Clerk of Court is directed to stay and administratively close this case.

**BY THE COURT:**

**s/ James M. Munely
JUDGE JAMES M. MUNLEY
United States District Court**